IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
TODD L. BOWERS, INC., etc.,     )
                                )
            Plaintiff,          )
                                )
      v.                        )    No. 12 C 3436
                                )
RBS CITIZENS FINANCIAL GROUP,   )
INC., et al.,                   )
                                )
            Defendants.         )
```

<u>MEMORANDUM ORDER</u>

Todd L. Bowers, Inc. ("Bowers") has filed a Class Action Complaint against three corporate defendants referred to collectively as "Citizens Bank," seeking to invoke federal subject matter jurisdiction under CAFA (see 28 U.S.C. §1332(d)). Because this Court's threshold look at the Complaint reveals two questions in that respect, this memorandum order is issued sua sponte. On or before May 22, 2012 Bowers' counsel is ordered to provide the following information that is unanswered in the Complaint:

1. Complaint ¶¶4 and 5 do not provide the full requisite citizenship information as to two of the corporations included within the collective "Citizens Bank" group.

2. Bowers is also silent as to the required objective good faith belief (see Fed. R. Civ. P. 11(b)) for the allegation in Complaint ¶7 that the amount in controversy exceeds $5 million, as is required to bring this action

within CAFA.

If Bowers' counsel fails to provide the requisite information as to those two matters on or before May 22, this Court will be constrained to dismiss this action for lack of subject matter jurisdiction. If however the jurisdictional gaps identified here have been closed by information provided during that time frame, this Court will issue its customary initial scheduling order.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 11, 2012