**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TODD L. BOWERS, INC.,** ) | |
| on behalf of itself and all other similarly ) | |
| situated, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No.  12 C 03436 |
| ) | |
| **RBS CITIZENS, N.A., and** ) | |
| **CITIZENS BANK of PENNSYLVANIA,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF FILING AND PROOF OF SERVICE**

Please take notice that on the 1st day of August 2012, the undersigned shall cause to be filed with the Clerk For United States District Court For The Northern District of Illinois, Eastern Division, **SECOND AMENDED CLASS ACTION COMPLAINT**, a copy of which is hereby served upon you.

By:  s/ David C. Thollander
David C. Thollander

**CERTIFICATE OF SERVICE**

I, David C. Thollander, an attorney, hereby state that I served this **SECOND AMENDED CLASS ACTION COMPLAINT** by electronic service through the CM/ECF system or about the hour of 5:00 p.m. on the 1st day of August 2012.

/s/ David C. Thollander
David C. Thollander

The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, Illinois  60515
Phone: (630) 971 - 9195
Facsimile: (630) 971-9240
ARDC Number:  6202012