**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Todd L. Bowers, Inc., | |
| Plaintiff, | Civil Action No. 12-cv-03436 |
| v. | Judge Milton I. Shadur |
| RBS Citizens, N.A. and Citizens Bank of Pennsylvania, | |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Todd L. Bowers, Inc. and defendants

RBS Citizens, N.A. and Citizens Bank of Pennsylvania hereby stipulate to the dismissal of, and

Todd L. Bowers, Inc. hereby does dismiss, this action in its entirety, with prejudice. Each party

shall bear its own fees and costs.

DATED:         December 10, 2012                   Respectfully submitted,

/s/ David C. Thollander_____                  /s/ David F. Adler_____
David C. Thollander                                David F. Adler (Ohio No. 0037622)
The Thollander Law Firm, Ltd.                       Chad A. Readler (Ohio No. 0068394)
1048 Ogden Avenue, Suite 200                        (dfadler@jonesday.com)
Downers Grove, Illinois  60515                      (careadler@jonesday.com)
Phone: (630) 971-9195                              JONES DAY
Facsimile: (630) 971-9240                           901 Lakeside Avenue
David.Thollander@ThollanderLaw.com                  Cleveland, OH  44114
A.R.D.C. 6202012                                    Tel: (216) 586-3939
                                                    Fax: (216) 579-0212

Thomas G. Shapiro (admitted pro hac vice)
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA   02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
tshapiro@shulaw.com

*Counsel for Plaintiff*

Erin L. Shencopp (Illinois No. 6297614)
(eshencopp@jonesday.com)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601
Tel: (312) 782-3939
Fax: (312) 782-8585

*Counsel for RBS Citizens, N.A. and Citizens
Bank of Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, I electronically filed the Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

/s/ Erin L. Shencopp
An attorney for Defendants RBS Citizens,
N.A. and Citizens Bank of Pennsylvania